**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Michael** | **Maresca** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number (if known): **20-11483**

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

**1.1.**

**13159 Lakehill Drive**
Street address, if available, or other description

**Nokesville**       **VA**    **20181-3329**
City                State   ZIP Code

**Prince William**
County

13159 Lakehill Drive, Nokesville, VA
20181-3329

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**      **Current value of the portion you own?**

$988,668.00             $988,668.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................... ➔ **$988,668.00**

Debtor 1    **David Michael Maresca**                                      Case number (if known)    **20-11483**

| Part 2: | Describe Your Vehicles |
| --- | --- |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.

| | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| --- | --- | --- |

Make:    **Mercedes-Benz**

Model:    **S560 4matic**

Year:    **2018**

Approximate mileage:    **29,000**

Other information:

**Mercedes-Benz S 560 4matic
(Lease - In Name of Synergy Law, LLC)**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$69,058.00** | **$69,058.00** |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here..........................................................➔    **$69,058.00**

| Part 3: | Describe Your Personal and Household Items |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....    | See continuation page(s). |                    **$16,530.00**

7.   **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....    | See continuation page(s). |                    **$1,550.00**

8.   **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes.  Describe.....    | See continuation page(s). |                    **$1,795.00**

9.   **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes.  Describe.....    | See continuation page(s). |                    **$2,050.00**

Debtor 1    **David Michael Maresca**                                    Case number (if known)  **20-11483**

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☑ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☑ Yes. Describe.....    **Clothing**                                               **$1,000.00**

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No
   ☑ Yes. Describe.....    **Assortment of jewelry**                                  **$700.00**

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

   ☑ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

   ☐ No
   ☑ Yes. Give specific information............    **See continuation page(s).**                          **$900.00**

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.........................................................** ➜   **$24,525.00**

## Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes..............................................................................................................  Cash: .........................    **$1,500.00**

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☑ No
   ☐ Yes............................    Institution name:

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them...........................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Synergy Consulting** | **100%** | **Unknown** |
| **Synergy Attorney Services** | **100%** | **Unknown** |
| **Synergy Catering LLC** | **100%** | **Unknown** |
| **Synergy Law LLC** | **90%** | **Unknown** |
| **Themis Law PLLC** | **90%** | **Unknown** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them........................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes.  List each account separately.    Type of account:       Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................                      Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................  Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them

Debtor 1   **David Michael Maresca**                                           Case number (if known)   **20-11483**

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific
information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information about them, including whether you already filed the returns and the tax years.....................

Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes.  Give specific information

**Payroll compensation. Debtor hasn't received a paycheck since February 2019**

$276,000.00

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes.  Name the insurance company of each policy and list its value................   Company name:                    Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes.  Describe each claim........

Official Form 106A/B                    **Schedule A/B: Property**                    page 5

Debtor 1    **David Michael Maresca**                                    Case number (if known)    **20-11483**

35. **Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................... ➔ | **$277,500.00** |

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..

41. **Inventory**

☑ No
☐ Yes.  Describe..

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....   Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
    ☐ No
    ☐ Yes.  Describe....

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................... ➔ | **$0.00** |

---

Debtor 1    **David Michael Maresca** _____   Case number (if known) __**20-11483**__

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.** **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47.** **Farm animals**
   _Examples:_ Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... _____   _____

**48.** **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
   information................   _____   _____

**49.** **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... _____   _____

**50.** **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... _____   _____

**51.** **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
   information................   _____   _____

**52.** **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here...........................................................** ➔  | $0.00 |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.** **Do you have other property of any kind you did not already list?**
   _Examples:_ Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54.** **Add the dollar value of all of your entries from Part 7.  Write that number here.............................................** ➔  | $0.00 |

Debtor 1    **David Michael Maresca**                                    Case number (if known)    **20-11483**

---

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

**55.** Part 1: Total real estate, line 2.................................................................................➔    **$988,668.00**

**56.** Part 2: Total vehicles, line 5                                              **$69,058.00**

**57.** Part 3: Total personal and household items, line 15                        **$24,525.00**

**58.** Part 4: Total financial assets, line 36                                    **$277,500.00**

**59.** Part 5: Total business-related property, line 45                           **$0.00**

**60.** Part 6: Total farm- and fishing-related property, line 52                  **$0.00**

**61.** Part 7: Total other property not listed, line 54                        + **$0.00**

**62.** Total personal property.    Add lines 56 through 61..................    **$371,083.00**    Copy personal property total ➔    +    **$371,083.00**

**63.** Total of all property on Schedule A/B.    Add line 55 + line 62..............................................................    **$1,359,751.00**

Debtor 1    **David Michael Maresca**                                          Case number (if known)   **20-11483**

---

6.    <u>**Household goods and furnishings (details):**</u>

| | |
|---|---:|
| **3 piece sectional furniture** | **$400.00** |
| **6 piece modular seating 2 sets furniture** | **$250.00** |
| **American Federal Eagle Bulls eye mirror** | **$25.00** |
| **Antique wood Dresser w/ green marble** | **$200.00** |
| **Billiard Rocking Chair (Darafeev)** | **$350.00** |
| **Black tufted leather swivel chair** | **$100.00** |
| **Buffet/china cabinet** | **$300.00** |
| **Capri Chaise Lounge** | **$50.00** |
| **Carved Cherry wood square table** | **$100.00** |
| **Carved walnut & black leather chair** | **$100.00** |
| **Carved wooden black leather bench** | **$450.00** |
| **Chair** | **$50.00** |
| **Chantal Bar stools (Mikhal Darafeev** | **$600.00** |
| **Cloth sofa & matching love seat** | **$200.00** |
| **Coffee table** | **$80.00** |
| **Cordovan Leather Club Chair** | **$100.00** |
| **Couch** | **$100.00** |
| **Curved Book Case** | **$200.00** |
| **End table** | **$30.00** |
| **End tables** | **$50.00** |
| **Glass Top Metal Dining Table w/ 5 chairs** | **$150.00** |
| **Gold Colored Framed Mirror (2)** | **$100.00** |
| **Grand Tuscany Bench** | **$100.00** |
| **Grand wing Chair (2)** | **$150.00** |
| **Handmade 100% wool Rug** | **$50.00** |
| **Painted wood wine cabinet** | **$50.00** |
| **Penn House Armoire** | **$400.00** |
| **Penn House coffee table** | **$200.00** |
| **Penn House Dresser** | **$300.00** |
| **Penn House dresser with mirror** | **$300.00** |
| **Penn House night stands (2)** | **$300.00** |
| **Penn House post bed, soft mattress &steps** | **$1,100.00** |
| **Hekman Executive Credenza w/ Hutch** | **$1,000.00** |
| **Karastan Rug** | **$75.00** |

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |

| | |
|---|---|
| **Karastan Rug** | **$75.00** |
| **Karastan Rug** | **$75.00** |
| **Karastan Rug 69" x 110"** | **$50.00** |
| **Kimball Piano** | **$300.00** |
| **King Sleigh bed** | **$1,200.00** |
| **Kitchen Island Swivel stools** | **$25.00** |
| **Leather blanket trunk** | **$170.00** |
| **Leather veneer storage world trunk** | **$60.00** |
| **Mahogany Inlaid 7 drawer dresser** | **$800.00** |
| **Mahogany Inlaid Armoire** | **$1,000.00** |
| **Mahogany Inlaid night stands** | **$200.00** |
| **Mahogany Inlaid sleigh bed brass claws** | **$650.00** |
| **Massage Chair (Panasonic)** | **$500.00** |
| **Ornate framed mirror** | **$20.00** |
| **Ottoman (2)** | **$200.00** |
| **Samsung Fridge** | **$600.00** |
| **Signature Queen bed/headboard/frame** | **$1,000.00** |
| **Small wine refrigerator glass door** | **$50.00** |
| **solid Oak Dining table w/ 6 chairs & leaf** | **$650.00** |
| **stone benches** | **$50.00** |
| **Thomasville Coffee table - cherry** | **$150.00** |
| **Thomasville wooden end tables** | **$100.00** |
| **Tilt & Crank Outdoor Umbrellas** | **$75.00** |
| **Tuscany Swivel bar stool** | **$100.00** |
| **Tuscany Swivel chair (4)** | **$200.00** |
| **TV cabinet** | **$100.00** |
| **Wooden end tables** | **$100.00** |
| **Wooden sconce w/Plates (2)** | **$20.00** |

7. Electronics (details):

| | |
|---|---|
| **Sharp 65" TV set** | **$400.00** |
| **Sony 32" 1080 TV with mount & DVD** | **$50.00** |
| **SunBrite outdoor TV w/cover** | **$800.00** |
| **32" Samsung TV with stand** | **$100.00** |
| **43" Sony HD TV w/ swivel mount** | **$200.00** |

8. Collectibles of value (details):

| | |
|---|---|
| **Memorabilia** | **$650.00** |

Debtor 1    **David Michael Maresca**                                        Case number (if known)   **20-11483**

| | |
|---|---:|
| **Framed oil painting Moulin Rouge** | **$25.00** |
| **Framed oil painting of Paris** | **$25.00** |
| **Framed print of Middleburg** | **$50.00** |
| **Gold colored framed papyrus** | **$75.00** |
| **King Tut Egyptian Papyrus Framed** | **$450.00** |
| **Old World Nova Totivs framed print** | **$20.00** |
| **Tiffany stained glass framed & lighted** | **$500.00** |

9.   **Equipment for sports and hobbies (details):**

| | |
|---|---:|
| **F-85 Sole Treadmill** | **$300.00** |
| **Lat Pull-down machine w/ other** | **$100.00** |
| **PSE7 Elliptical w/ touch screen** | **$400.00** |
| **Vintage Cast Iron York dumbbell Weights** | **$500.00** |
| **Vintage Nautilus Leg Curl Machine** | **$200.00** |
| **1st Degree Viking2 row machine** | **$500.00** |
| **Assorted York Weigh Plates** | **$50.00** |

14.   **Any other personal and household items you did not already list (details):**

| | |
|---|---:|
| **Garden tools in tool shed** | **$100.00** |
| **John Deer L130 23 HP 48" mower w/ bagger** | **$300.00** |
| **Tools** | **$500.00** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | <u>David</u> | <u>Michael</u> | <u>Maresca</u> |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | <u>EASTERN DISTRICT OF VIRGINIA</u> | | |
| Case number (if known) | <u>20-11483</u> | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**13159 Lakehill Drive, Nokesville, VA 20181-3329**<br>Line from *Schedule A/B*:  __1.1__ | **$988,668.00** | ☒ __$6,500.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**3 piece sectional furniture**<br>Line from *Schedule A/B*:  __6__ | **$400.00** | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description:<br>**6 piece modular seating 2 sets furniture**<br>Line from *Schedule A/B*:  __6__ | **$250.00** | ☒ __$250.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1    **David Michael Maresca** _____    Case number (if known)    **20-11483** _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**American Federal Eagle Bulls eye mirror**<br>Line from *Schedule A/B*:   **6** | $25.00 | ☑ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>**Antique wood Dresser w/ green marble**<br>Line from *Schedule A/B*:   **6** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>**Billiard Rocking Chair (Darafeev)**<br>Line from *Schedule A/B*:   **6** | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>**Black tufted leather swivel chair**<br>Line from *Schedule A/B*:   **6** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>**Buffet/china cabinet**<br>Line from *Schedule A/B*:   **6** | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>**Capri Chaise Lounge**<br>Line from *Schedule A/B*:   **6** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>**Carved Cherry wood square table**<br>Line from *Schedule A/B*:   **6** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>**Carved walnut & black leather chair**<br>Line from *Schedule A/B*:   **6** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>**Carved wooden black leather bench**<br>Line from *Schedule A/B*:   **6** | $450.00 | ☑ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Chair**<br><br>Line from *Schedule A/B:*  **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description:<br>**Chantal Bar stools (Mikhal Darafeev**<br><br>Line from *Schedule A/B:*  **6** | **$600.00** | ☑ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description:<br>**Cloth sofa & matching love seat**<br><br>Line from *Schedule A/B:*  **6** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description:<br>**Coffee table**<br><br>Line from *Schedule A/B:*  **6** | **$80.00** | ☑ **$80.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description:<br>**Cordovan Leather Club Chair**<br><br>Line from *Schedule A/B:*  **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description:<br>**Couch**<br><br>Line from *Schedule A/B:*  **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description:<br>**Curved Book Case**<br><br>Line from *Schedule A/B:*  **6** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description:<br>**End table**<br><br>Line from *Schedule A/B:*  **6** | **$30.00** | ☑ **$30.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description:<br>**End tables**<br><br>Line from *Schedule A/B:*  **6** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |

Debtor 1    **David Michael Maresca**                                    Case number (if known)  **20-11483**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Glass Top Metal Dining Table w/ 5 chairs** <br> Line from *Schedule A/B*: __6__ | **$150.00** | ☑ **$150.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description: **Gold Colored Framed Mirror (2)** <br> Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description: **Grand Tuscany Bench** <br> Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description: **Grand wing Chair (2)** <br> Line from *Schedule A/B*: __6__ | **$150.00** | ☑ **$150.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description: **Handmade 100% wool Rug** <br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description: **Painted wood wine cabinet** <br> Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description: **Penn House Armoire** <br> Line from *Schedule A/B*: __6__ | **$400.00** | ☑ **$400.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description: **Penn House coffee table** <br> Line from *Schedule A/B*: __6__ | **$200.00** | ☑ **$200.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description: **Penn House Dresser** <br> Line from *Schedule A/B*: __6__ | **$300.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(2)** |

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Penn House dresser with mirror**<br>Line from *Schedule A/B*: **6** | $300.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description:<br>**Penn House night stands (2)**<br>Line from *Schedule A/B*: **6** | $300.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description:<br>**Penn House post bed, soft mattress &steps**<br>Line from *Schedule A/B*: **6** | $1,100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description:<br>**Hekman Executive Credenza w/ Hutch**<br>Line from *Schedule A/B*: **6** | $1,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description:<br>**Karastan Rug**<br>Line from *Schedule A/B*: **6** | $75.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description:<br>**Karastan Rug**<br>Line from *Schedule A/B*: **6** | $75.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description:<br>**Karastan Rug**<br>Line from *Schedule A/B*: **6** | $75.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description:<br>**Karastan Rug 69" x 110"**<br>Line from *Schedule A/B*: **6** | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>**Kimball Piano**<br>Line from *Schedule A/B*: **6** | $300.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |

Debtor 1    **David Michael Maresca**                                    Case number (if known)  **20-11483**

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **King Sleigh bed**  Line from *Schedule A/B*: **6** | **$1,200.00** | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description: **Kitchen Island Swivel stools**  Line from *Schedule A/B*: **6** | **$25.00** | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description: **Leather blanket trunk**  Line from *Schedule A/B*: **6** | **$170.00** | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description: **Leather veneer storage world trunk**  Line from *Schedule A/B*: **6** | **$60.00** | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description: **Mahogany Inlaid 7 drawer dresser**  Line from *Schedule A/B*: **6** | **$800.00** | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description: **Mahogany Inlaid Armoire**  Line from *Schedule A/B*: **6** | **$1,000.00** | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description: **Mahogany Inlaid night stands**  Line from *Schedule A/B*: **6** | **$200.00** | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description: **Mahogany Inlaid sleigh bed brass claws**  Line from *Schedule A/B*: **6** | **$650.00** | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description: **Massage Chair (Panasonic)**  Line from *Schedule A/B*: **6** | **$500.00** | ☐ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |

Debtor 1    **David Michael Maresca**                                    Case number (if known)    **20-11483**

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Ornate framed mirror**<br><br>Line from *Schedule A/B*:    **6** | **$20.00** | ☑ **$15.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description:<br>**Ottoman (2)**<br><br>Line from *Schedule A/B*:    **6** | **$200.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(7)** |
| Brief description:<br>**Samsung Fridge**<br><br>Line from *Schedule A/B*:    **6** | **$600.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(7)** |
| Brief description:<br>**Signature Queen bed/headboard/frame**<br><br>Line from *Schedule A/B*:    **6** | **$1,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(7)** |
| Brief description:<br>**Small wine refrigerator glass door**<br><br>Line from *Schedule A/B*:    **6** | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(7)** |
| Brief description:<br>**solid Oak Dining table w/ 6 chairs & leaf**<br><br>Line from *Schedule A/B*:    **6** | **$650.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(7)** |
| Brief description:<br>**stone benches**<br><br>Line from *Schedule A/B*:    **6** | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(7)** |
| Brief description:<br>**Thomasville Coffee table - cherry**<br><br>Line from *Schedule A/B*:    **6** | **$150.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(7)** |
| Brief description:<br>**Thomasville wooden end tables**<br><br>Line from *Schedule A/B*:    **6** | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(7)** |

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Tilt & Crank Outdoor Umbrellas**<br>Line from *Schedule A/B*:  **6** | $75.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description:<br>**Tuscany Swivel bar stool**<br>Line from *Schedule A/B*:  **6** | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description:<br>**Tuscany Swivel chair (4)**<br>Line from *Schedule A/B*:  **6** | $200.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description:<br>**TV cabinet**<br>Line from *Schedule A/B*:  **6** | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description:<br>**Wooden end tables**<br>Line from *Schedule A/B*:  **6** | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description:<br>**Wooden sconce w/Plates (2)**<br>Line from *Schedule A/B*:  **6** | $20.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description:<br>**Sharp 65" TV set**<br>Line from *Schedule A/B*:  **7** | $400.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description:<br>**Sony 32" 1080 TV with mount & DVD**<br>Line from *Schedule A/B*:  **7** | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description:<br>**SunBrite outdoor TV w/cover**<br>Line from *Schedule A/B*:  **7** | $800.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **32" Samsung TV with stand** <br> Line from *Schedule A/B*: **7** | **$100.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description: **43" Sony HD TV w/ swivel mount** <br> Line from *Schedule A/B*: **7** | **$200.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description: **Framed oil painting Moulin Rouge** <br> Line from *Schedule A/B*: **8** | **$25.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description: **Framed oil painting of Paris** <br> Line from *Schedule A/B*: **8** | **$25.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description: **Framed print of Middleburg** <br> Line from *Schedule A/B*: **8** | **$50.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description: **Gold colored framed papyrus** <br> Line from *Schedule A/B*: **8** | **$75.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description: **King Tut Egyptian Papyrus Framed** <br> Line from *Schedule A/B*: **8** | **$450.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description: **Old World Nova Totivs framed print** <br> Line from *Schedule A/B*: **8** | **$20.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |
| Brief description: **Tiffany stained glass framed & lighted** <br> Line from *Schedule A/B*: **8** | **$500.00** | ☐ _____ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(2) |

| Debtor 1 | **David Michael Maresca** | | Case number (if known) | **20-11483** |

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**F-85 Sole Treadmill**<br>Line from *Schedule A/B*: **9** | $300.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>**Lat Pull-down machine w/ other**<br>Line from *Schedule A/B*: **9** | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description:<br>**PSE7 Elliptical w/ touch screen**<br>Line from *Schedule A/B*: **9** | $400.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>**Vintage Cast Iron York dumbbell Weights**<br>Line from *Schedule A/B*: **9** | $500.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>**Vintage Nautilus Leg Curl Machine**<br>Line from *Schedule A/B*: **9** | $200.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>**1st Degree Viking2 row machine**<br>Line from *Schedule A/B*: **9** | $500.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description:<br>**Assorted York Weigh Plates**<br>Line from *Schedule A/B*: **9** | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description:<br>**Clothing**<br>Line from *Schedule A/B*: **11** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4) |
| Brief description:<br>**Assortment of jewelry**<br>Line from *Schedule A/B*: **12** | $700.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4) |

| Debtor 1 | **David Michael Maresca** | | Case number (if known) | **20-11483** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** | **Amount of the exemption you claim** | **Specific laws that allow exemption** |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Garden tools in tool shed**<br><br>Line from *Schedule A/B:* **14** | $100.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(7)** |
| Brief description:<br>**John Deer L130 23 HP 48" mower w/ bagger**<br><br>Line from *Schedule A/B:* **14** | $300.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(7)** |
| Brief description:<br>**Tools**<br><br>Line from *Schedule A/B:* **14** | $500.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(7)** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | David<br>First Name | Michael<br>Middle Name | Maresca<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number
(if known)   **20-11483**

☐ Check if this is an
amended filing

<u>Official Form 106D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|
| **Citadel Servicing Corporation**<br>Creditor's name<br>**15707 Rockfield Blvd**<br>Number     Street<br>**Ste. 320** | Describe the property that secures the claim:<br><br>**13159 Lakehill Drive,<br>Nokesville, VA 20181-3329** | $647,500.00 | $988,668.00 | |

| **Irvine         CA     92618-2874**<br>City          State   ZIP Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates
to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred   **09/06/2018**     Last 4 digits of account number   **5   0   4   7**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $647,500.00 |
|---|

Debtor 1   **David Michael Maresca**                                    Case number (if known)   **20-11483**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.2 | | Describe the property that<br>secures the claim: | **$121,428.30** | **$69,058.00** | **$52,370.30** |

**Daimler Trust**
Creditor's name
**c/o BK Servicing, LLC**
Number    Street
**PO Box 131265**

Describe the property that secures the claim:
**2018 MERCEDES-BENZ S-CLASS S 560 4MATIC**

_____

**Roseville**          **MN**   **55113-0011**
City                        State    ZIP Code

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates<br>to a community debt**

Date debt was incurred   05/17/2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Last 4 digits of account number   ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$121,428.30**

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:

**$768,928.30**

Debtor 1    **David Michael Maresca**                                    Case number (if known)  **20-11483**

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

1    **McMichael, Taylor, Gray, LLC**                On which line in Part 1 did you enter the creditor?  **2.1**
Name
**3550 Engineering Dr Ste 260**                Last 4 digits of account number    ___ ___ ___ ___
Number      Street


**Peachtree Corners**        **GA**    **30092-2871**
City                State    ZIP Code

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | David<br>First Name | Michael<br>Middle Name | Maresca<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | |
| Case number<br>(if known) | 20-11483 | |

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $2,205.51 | $2,205.51 | $0.00 |

**Department of Treasury**
Priority Creditor's Name
**Internal Revenue Service**
Number     Street
**PO Box 7346**

_____
Philadelphia          PA      19101-7346
City                        State     ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐  No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑  Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

---

**4.1**

**Bank of America**
Nonpriority Creditor's Name
**4909 Savarese Cir**
Number        Street


**Tampa**              **FL**    **33634-2413**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  Check if this claim is for a community debt

**Is the claim subject to offset?**
☑  No
☐  Yes

Last 4 digits of account number    **3    7    7    8**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:**  Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
      **Revolving account**

**$151.00**

---

**4.2**

**Belinda Bradfield-Fosburgh**
Nonpriority Creditor's Name
**657 Colony Court**
Number        Street


**Clifton**              **CO**    **81520**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☑  At least one of the debtors and another

☐  Check if this claim is for a community debt

**Is the claim subject to offset?**
☑  No
☐  Yes

Last 4 digits of account number    ___  ___  ___  ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:**  Check all that apply.
☐  Contingent
☐  Unliquidated
☑  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
      **Breach of Contract**

**$7,000.00**

---

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.3

**Brian McCarty**
Nonpriority Creditor's Name
**15 N. Dundalk Avenue**
Number        Street

**Baltimore          MD    21222**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Breach of Contract**

**$15,320.00**

### 4.4

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 30285**

**Salt Lake City      UT    84130-0285**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Revolving account**

**$634.00**

### 4.5

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 15298**

**Wilmington          DE    19850-5298**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  _2_ _6_ _7_ _8_

When was the debt incurred?  _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

**$6,011.00**

Debtor 1    **David Michael Maresca**                                           Case number (if known)    **20-11483**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.6**                                                                                                    **$17,630.00**

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 15298**

**Wilmington**              **DE    19850-5298**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **4    1    6    4**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

---

**4.7**                                                                                                    **$22,572.26**

**Christina V. Martinez**
Nonpriority Creditor's Name
**922 Perch Ave**
Number    Street

**Edinburg**              **TX    78542**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___  ___  ___  ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Breach of Contract**

---

**4.8**                                                                                                    **$1,987.00**

**Citibank**
Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bk Dept**
Number    Street
**PO Box 790034**

**Saint Louis**              **MO    63179-0034**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **2    3    2    6**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

### 4.9

**$5,000.00**

**Clerk of Court, United States Bankruptcy**
Nonpriority Creditor's Name
**1100 Laurel Street**
Number          Street

_____

**Columbia          SC    29201**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Sanctions Award**

### 4.10

**$3,000.00**

**Clerk of Court, US Bankruptcy Court**
Nonpriority Creditor's Name
**1100 Laurel Street**
Number          Street

_____

**Columbia          SC    29201**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Sanctions Awards**

### 4.11

**$211.00**

**Continental Finance Company**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number          Street
**PO Box 8099**

_____

**Newark          DE    19714-8099**
City                      State     ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 7 6 5 3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Revolving account**

Debtor 1    **David Michael Maresca**    Case number (if known) __20-11483__

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.12

**First National Bank of Omaha**                                        $1,458.00
Nonpriority Creditor's Name

Last 4 digits of account number    8    6    0    5

When was the debt incurred?    _____

Number        Street

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City                        State      ZIP Code

**Who incurred the debt?**    Check one.

Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.13

**First National Bank/Legacy**                                        $1,132.00
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 5097**

Last 4 digits of account number    2    9    8    7

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Sioux Falls**            **SD**      **57117-5097**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.

Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Revolving account**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.14

**First Premier Bank**                                        $1,143.00
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 5524**

Last 4 digits of account number    0    1    2    7

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Sioux Falls**            **SD**      **57117-5524**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.

Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Revolving account**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    **David Michael Maresca**                                    Case number (if known)    **20-11483**

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

<table>
<tr><td></td><td style="text-align:right">**Total claim**</td></tr>
</table>

### 4.15

| | |
|---|---|
| | **$300.00** |

**First Premier Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 5524**

**Sioux Falls        SD      57117-5524**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2    0    1    1**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Revolving account**

### 4.16

| | |
|---|---|
| | **$159.00** |

**First Progress**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 9053**

**Johnson City        TN      37615-9053**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7    1    8    2**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Revolving account**

### 4.17

| | |
|---|---|
| | **$1,751.00** |

**First Savings Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 5019**

**Sioux Falls SD 5117-5019**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **4    4    5    6**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Revolving account**

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | | | **Total claim** |

### 4.18

|  | $2,983.00 |

**Genesis Financial/Jared**
Nonpriority Creditor's Name
**Genesis FS Card Services**
Number     Street
**PO Box 4477**

**Beaverton          OR     97076-4401**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

### 4.19

|  | $24,120.00 |

**John W. Bruce**
Nonpriority Creditor's Name
**c/o Lefkovitz & Lefkovitz, PLLC**
Number     Street
**618 Church Street, Suite 410**

**Nashville          TN     37219**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Breach of Contract**

### 4.20

|  | $118,080.00 |

**Latonia Haynes**
Nonpriority Creditor's Name
**c/o Robin R. De Leo, Esq.**
Number     Street
**800 Ramon Street**

**Mandeville          LA     70448**
City                          State     ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Breach of Contract**

Debtor 1  **David Michael Maresca**                                    Case number (if known)  **20-11483**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

### 4.21

| | |
|---|---|
| **Lawanda M. Harris** | Last 4 digits of account number  __ __ __ __ |
| Nonpriority Creditor's Name | |
| **5414 Epponians Choice Drive** | When was the debt incurred?  _____ |
| Number        Street | |
| | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **Bowie         MD   20720** | ☑ Disputed |
| City             State     ZIP Code | |
| **Who incurred the debt?**  Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Student loans |
| ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 1 and Debtor 2 only | that you did not report as priority claims |
| ☑ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Check if this claim is for a community debt | ☑ Other.  Specify |
| **Is the claim subject to offset?** | **Breach of Contract** |
| ☑ No | |
| ☐ Yes | |

Total claim: **$7,774.92**

### 4.22

| | |
|---|---|
| **Maryland Legal Aid Bureau** | Last 4 digits of account number  __ __ __ __ |
| Nonpriority Creditor's Name | |
| **500 E. Lexington Street** | When was the debt incurred?  _____ |
| Number        Street | |
| | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **Baltimore      MD   21202** | ☑ Disputed |
| City             State     ZIP Code | |
| **Who incurred the debt?**  Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Student loans |
| ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 1 and Debtor 2 only | that you did not report as priority claims |
| ☑ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Check if this claim is for a community debt | ☑ Other.  Specify |
| **Is the claim subject to offset?** | **Judgment** |
| ☑ No | |
| ☐ Yes | |

Total claim: **$5,035.00**

### 4.23

| | |
|---|---|
| **Nathan Decarlos Price** | Last 4 digits of account number  __ __ __ __ |
| Nonpriority Creditor's Name | |
| **16973 Takeaway Lane** | When was the debt incurred?  _____ |
| Number        Street | |
| | As of the date you file, the claim is: Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **Dumfries       VA   22026** | ☑ Disputed |
| City             State     ZIP Code | |
| **Who incurred the debt?**  Check one. | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Student loans |
| ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ Debtor 1 and Debtor 2 only | that you did not report as priority claims |
| ☑ At least one of the debtors and another | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Check if this claim is for a community debt | ☑ Other.  Specify |
| **Is the claim subject to offset?** | **Breach of Contract** |
| ☑ No | |
| ☐ Yes | |

Total claim: **$71,500.00**

Debtor 1    **David Michael Maresca**                          Case number (if known)  **20-11483**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.24**
$15,653.00

**Onemain Financial**
Nonpriority Creditor's Name
**Attn. Bankruptcy**
Number      Street
**PO Box 3251**

**Evansville**          **IN**    **47731-3251**
City              State    ZIP Code

Last 4 digits of account number   __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Loan**

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**4.25**
$112,100.00

**Raymond and Ella Walters**
Nonpriority Creditor's Name
**c/o Daniel M Press, Esq**
Number      Street
**Chung & Press, P.C.**

**6718 Whittier Ave #200**

**McLean**          **VA**    **22101**
City              State    ZIP Code

Last 4 digits of account number   __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Breach of Contract**

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**4.26**
$24,000.00

**Scott & Shirley Sherwood**
Nonpriority Creditor's Name
**159 Lumley Ave.**
Number      Street

**Jackson**          **MI**    **49203**
City              State    ZIP Code

Last 4 digits of account number   __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Breach of Contract**

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |

---

<table>
<tr><td colspan="2">**Part 2:**</td><td colspan="2">**Your NONPRIORITY Unsecured Claims -- Continuation Page**</td></tr>
</table>

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |

### 4.27

**Smart Business**
Nonpriority Creditor's Name
**17 State St., Ste. 4000**
Number      Street

**$343,657.60**

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**New York         NY    10004-1508**
City              State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Breach of Contract**

### 4.28

**U.S. Bankruptcy Court**
Nonpriority Creditor's Name
**Eastern District of North Carolina**
Number      Street
**434 Fayetteville Street, Suite 640**

**$17,500.00**

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**Raleigh          NC    27601**
City              State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Citation**

### 4.29

**U.S. Trustees or Acting U.S. Trustees fo**
Nonpriority Creditor's Name
**1725 Duke St., Suite 650**
Number      Street

**$220,500.00**

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**Alexandria       VA    22314**
City              State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Judgment**

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
|---|---|---|---|

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
    28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 1 | 6a.  **Domestic support obligations** | 6a. | **$0.00** |
| | 6b.  **Taxes and certain other debts you owe the government** | 6b. | **$2,205.51** |
| | 6c.  **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d.  **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | **$0.00** |
| | 6e.  **Total.**    Add lines 6a through 6d. | 6d. | **$2,205.51** |

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 2 | 6f.  **Student loans** | 6f. | **$0.00** |
| | 6g.  **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h.  **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i.  **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | **$1,048,362.78** |
| | 6j.  **Total.**    Add lines 6f through 6i. | 6j. | **$1,048,362.78** |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **David**           **Michael**          **Maresca** | |
| | First Name          Middle Name         Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name          Middle Name         Last Name | |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA** | | |
| Case number (if known) | **20-11483** | |

☐ Check if this is an
    amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

    **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Michael** | **Maresca** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** | | |
| Case number | **20-11483** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If
two married people are filing together, both are equally responsible for supplying correct information.  If more space is
needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this
page.  On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
    ☐ No
    ☑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories*
    *include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
    ☑ No.  Go to line 3.
    ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
       ☐ No
       ☐ Yes

3.  **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the**
    **person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the**
    **creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use**
    *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **Scott Marinelli** | | | |
|---|---|---|---|---|
| | Name | | | |
| | **7 Judy Court** | | | |
| | Number | Street | | |
| | | | | |
| | **Annandale** | **NJ** | **08801** | |
| | City | State | ZIP Code | |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.3**
☐ Schedule G, line _____
**Brian McCarty**

| 3.2 | **Scott Marinelli** | | | |
|---|---|---|---|---|
| | Name | | | |
| | **7 Judy Court** | | | |
| | Number | Street | | |
| | | | | |
| | **Annandale** | **NJ** | **08801** | |
| | City | State | ZIP Code | |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.2**
☐ Schedule G, line _____
**Belinda Bradfield-Fosburgh**

| 3.3 | **Scott Marinelli** | | | |
|---|---|---|---|---|
| | Name | | | |
| | **7 Judy Court** | | | |
| | Number | Street | | |
| | | | | |
| | **Annandale** | **NJ** | **08801** | |
| | City | State | ZIP Code | |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.7**
☐ Schedule G, line _____
**Christina V. Martinez**

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
| --- | --- | --- | --- |

### Additional Page to List More Codebtors

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.4**

**Scott Marinelli**
Name
**7 Judy Court**
Number        Street

**Annandale**                    **NJ**        **08801**
City                                  State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.9**
☐ Schedule G, line _____
**Clerk of Court, United States Bankruptcy**

---

**3.5**

**Scott Marinelli**
Name
**7 Judy Court**
Number        Street

**Annandale**                    **NJ**        **08801**
City                                  State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.10**
☐ Schedule G, line _____
**Clerk of Court, US Bankruptcy Court**

---

**3.6**

**Scott Marinelli**
Name
**7 Judy Court**
Number        Street

**Annandale**                    **NJ**        **08801**
City                                  State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.19**
☐ Schedule G, line _____
**John W. Bruce**

---

**3.7**

**Scott Marinelli**
Name
**7 Judy Court**
Number        Street

**Annandale**                    **NJ**        **08801**
City                                  State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.20**
☐ Schedule G, line _____
**Latonia Haynes**

---

**3.8**

**Scott Marinelli**
Name
**7 Judy Court**
Number        Street

**Annandale**                    **NJ**        **08801**
City                                  State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.21**
☐ Schedule G, line _____
**Lawanda M. Harris**

---

**3.9**

**Scott Marinelli**
Name
**7 Judy Court**
Number        Street

**Annandale**                    **NJ**        **08801**
City                                  State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.22**
☐ Schedule G, line _____
**Maryland Legal Aid Bureau**

---

**3.10**

**Scott Marinelli**
Name
**7 Judy Court**
Number        Street

**Annandale**                    **NJ**        **08801**
City                                  State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.23**
☐ Schedule G, line _____
**Nathan Decarlos Price**

---

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.11**

**Scott Marinelli**
Name

**7 Judy Court**
Number      Street

**Annandale**          **NJ**      **08801**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.26**___
☐ Schedule G, line _____
**Scott & Shirley Sherwood**

**3.12**

**Scott Marinelli**
Name

**7 Judy Court**
Number      Street

**Annandale**          **NJ**      **08801**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.28**___
☐ Schedule G, line _____
**U.S. Bankruptcy Court**

**3.13**

**Scott Marinelli**
Name

**7 Judy Court**
Number      Street

**Annandale**          **NJ**      **08801**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.29**___
☐ Schedule G, line _____
**U.S. Trustees or Acting U.S. Trustees fo**

**3.14**

**Synergy Law, LLC**
Name

**1101 Connecticut Ave. NW, Ste 450 No 1**
Number      Street

**Washington**          **DC**      **20036**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.2**___
☐ Schedule G, line _____
**Belinda Bradfield-Fosburgh**

**3.15**

**Synergy Law, LLC**
Name

**1101 Connecticut Ave. NW, Ste 450 No 1**
Number      Street

**Washington**          **DC**      **20036**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.3**___
☐ Schedule G, line _____
**Brian McCarty**

**3.16**

**Synergy Law, LLC**
Name

**1101 Connecticut Ave. NW, Ste 450 No 1**
Number      Street

**Washington**          **DC**      **20036**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.7**___
☐ Schedule G, line _____
**Christina V. Martinez**

**3.17**

**Synergy Law, LLC**
Name

**1101 Connecticut Ave. NW, Ste 450 No 1**
Number      Street

**Washington**          **DC**      **20036**
City                    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.9**___
☐ Schedule G, line _____
**Clerk of Court, United States Bankruptcy**

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
| --- | --- | --- | --- |

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.18**
**Synergy Law, LLC**
Name
**1101 Connecticut Ave. NW, Ste 450 No 1**
Number      Street

**Washington**          **DC**      **20036**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.10**
☐ Schedule G, line _____
**Clerk of Court, US Bankruptcy Court**

**3.19**
**Synergy Law, LLC**
Name
**1101 Connecticut Ave. NW, Ste 450 No 1**
Number      Street

**Washington**          **DC**      **20036**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.19**
☐ Schedule G, line _____
**John W. Bruce**

**3.20**
**Synergy Law, LLC**
Name
**1101 Connecticut Ave. NW, Ste 450 No 1**
Number      Street

**Washington**          **DC**      **20036**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.20**
☐ Schedule G, line _____
**Latonia Haynes**

**3.21**
**Synergy Law, LLC**
Name
**1101 Connecticut Ave. NW, Ste 450 No 1**
Number      Street

**Washington**          **DC**      **20036**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.21**
☐ Schedule G, line _____
**Lawanda M. Harris**

**3.22**
**Synergy Law, LLC**
Name
**1101 Connecticut Ave. NW, Ste 450 No 1**
Number      Street

**Washington**          **DC**      **20036**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.22**
☐ Schedule G, line _____
**Maryland Legal Aid Bureau**

**3.23**
**Synergy Law, LLC**
Name
**1101 Connecticut Ave. NW, Ste 450 No 1**
Number      Street

**Washington**          **DC**      **20036**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.23**
☐ Schedule G, line _____
**Nathan Decarlos Price**

**3.24**
**Synergy Law, LLC**
Name
**1101 Connecticut Ave. NW, Ste 450 No 1**
Number      Street

**Washington**          **DC**      **20036**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line      **4.26**
☐ Schedule G, line _____
**Scott & Shirley Sherwood**

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.25 | **Synergy Law, LLC** |
|---|---|
| | Name |
| | **1101 Connecticut Ave. NW, Ste 450 No 1** |
| | Number        Street |
| | |
| | **Washington**        **DC**        **20036** |
| | City        State        ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line _____ **4.28**

☐ Schedule G, line _____

**U.S. Bankruptcy Court**

| 3.26 | **Synergy Law, LLC** |
|---|---|
| | Name |
| | **1101 Connecticut Ave. NW, Ste 450 No 1** |
| | Number        Street |
| | |
| | **Washington**        **DC**        **20036** |
| | City        State        ZIP Code |

☐ Schedule D, line _____

☑ Schedule E/F, line _____ **4.29**

☐ Schedule G, line _____

**U.S. Trustees or Acting U.S. Trustees fo**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Michael** | **Maresca** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** | | |
| Case number (if known) | **20-11483** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____<br>Number  Street | _____<br>Number  Street |
| | _____ | _____ |
| | _____ | _____ |
| | _____<br>City          State  Zip Code | _____<br>City          State  Zip Code |
| **How long employed there?** | _____ | _____ |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | _____ |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | _____ |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | _____ |

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
|---|---|---|---|

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ............................................................ ➔ | 4. | $0.00 | |
| **5.** | **List all payroll deductions:** | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | $0.00 | |
| | **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | |
| | **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | |
| | **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | |
| | **5e.** Insurance | 5e. | $0.00 | |
| | **5f.** Domestic support obligations | 5f. | $0.00 | |
| | **5g.** Union dues | 5g. | $0.00 | |
| | **5h.** Other deductions. <br> Specify: _____ | 5h. + | $0.00 | |
| **6.** | **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | |
| **7.** | **Calculate total monthly take-home pay.**    Subtract line 6 from line 4. | 7. | $0.00 | |
| **8.** | **List all other income regularly received:** | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $18,000.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b.** Interest and dividends | 8b. | $0.00 | |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d.** Unemployment compensation | 8d. | $0.00 | |
| | **8e.** Social Security | 8e. | $0.00 | |
| | **8f.** Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $0.00 | |
| | **8g.** Pension or retirement income | 8g. | $0.00 | |
| | **8h.** Other monthly income. <br> Specify: _____ | 8h. + | $0.00 | |
| **9.** | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $18,000.00 | |
| **10.** | **Calculate monthly income.**  Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $18,000.00  + _____ = | $18,000.00 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  +   $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.  $18,000.00
**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.
☐ Yes. Explain:

| None. |
|---|
| |

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
|---|---|---|---|

8a. Attached Statement (Debtor 1)


**Gross Monthly Income:** $18,000.00

| Expense | Category | Amount |
|---|---|---|

**Total Monthly Expenses** $0.00

**Net Monthly Income:** $18,000.00

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **David** | **Michael** | **Maresca** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number (if known): **20-11483**

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1.    Is this a joint case?**

☒ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
  ☐ No
  ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.    Do you have dependents?**      ☒ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| **4.    The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$4,860.45** |
| **If not included in line 4:** | | |
| 4a.    Real estate taxes | 4a. | _____ |
| 4b.    Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. | **$200.00** |
| 4d.    Homeowner's association or condominium dues | 4d. | **$83.33** |

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
|---|---|---|---|

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$850.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$25.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$912.00** |
| | 6d. Other. Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | **$1,200.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$100.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$100.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$100.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | **$475.00** |
| | 15c. Vehicle insurance | 15c. | **$550.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Estimated Tax Payments** | 16. | **$2,000.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1  **Mercedes Lease** | 17a. | **$2,684.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: _____ | 17c. | |
| | 17d. Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | **$1,000.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | |
| | 20b. Real estate taxes | 20b. | |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e. Homeowner's association or condominium dues | 20e. | |

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
|---|---|---|---|

**21. Other.** Specify: _____   21. **+** _____

**22. Calculate your monthly expenses.**

22a.  Add lines 4 through 21.    22a.  **$15,289.78**

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.  _____

22c.  Add line 22a and 22b.  The result is your monthly expenses.    22c.  **$15,289.78**

**23. Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.    23a.  **$18,000.00**

23b.  Copy your monthly expenses from line 22c above.    23b.  **−** **$15,289.78**

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.    23c.  **$2,710.22**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | David | Michael | Maresca |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number **20-11483**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended
schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:     Summarize Your Assets

|   |   | Your assets
Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | **$988,668.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | **$371,083.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | **$1,359,751.00** |

## Part 2:     Summarize Your Liabilities

|   |   | Your liabilities
Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$768,928.30** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$2,205.51** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$1,048,362.78** |
| | **Your total liabilities** | **$1,819,496.59** |

## Part 3:     Summarize Your Income and Expenses

|   |   | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I....................................................................... | **$18,000.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J............................................................................. | **$15,289.78** |

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
| --- | --- | --- | --- |

---

## Part 4:    Answer These Questions for Administrative and Statistical Records

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑    Yes

**7.    What kind of debt do you have?**

☑    **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐    **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.    From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

_____

**9.    Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

|  |  | Total claim |
| --- | --- | --- |
| **From Part 4 on *Schedule E/F,* copy the following:** |  |  |
| 9a. | Domestic support obligations.  (Copy line 6a.) | $0.00 |
| 9b. | Taxes and certain other debts you owe the government.  (Copy line 6b.) | $2,205.51 |
| 9c. | Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | $0.00 |
| 9d. | Student loans.  (Copy line 6f.) | $0.00 |
| 9e. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | $0.00 |
| 9f. | Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + $0.00 |
| 9g. | **Total.**   Add lines 9a through 9f. | $2,205.51 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David** | **Michael** | **Maresca** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number
(if known)    **20-11483**

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ David Michael Maresca**                    X _____
David Michael Maresca, Debtor 1                       Signature of Debtor 2

Date  **07/06/2020**                    Date _____
MM / DD / YYYY                                MM / DD / YYYY