**Fill in this information to identify your case and this filing:**

Debtor 1    **David**           **Michael**           **Maresca**
            First Name          Middle Name           Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number (if known)    **20-11483**

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                       12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No.  Go to Part 2.
   ☑ Yes. Where is the property?

1.1.
**13159 Lakehill Drive**
Street address, if available, or other description

**Nokesville**           **VA**    **20181-3329**
City                     State     ZIP Code

**Prince William**
County

**13159 Lakehill Drive, Nokesville, VA 20181-3329**

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$988,668.00                                  $988,668.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here.......................................  ➔    **$988,668.00**

Debtor 1  **David Michael Maresca**    Case number (if known) **20-11483**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☒ Yes

3.1.
Make: **Mercedes-Benz**
Model: **S560 4matic**
Year: **2018**
Approximate mileage: **29,000**
Other information:
**Mercedes-Benz S 560 4matic
(Lease - In Name of Synergy Law, LLC)**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$69,058.00**
Current value of the portion you own? **$69,058.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................ → **$69,058.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☒ Yes. Describe..... **See continuation page(s).**   **$16,530.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☒ Yes. Describe..... **See continuation page(s).**   **$1,550.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☒ Yes. Describe..... **See continuation page(s).**   **$1,795.00**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☒ Yes. Describe..... **See continuation page(s).**   **$2,050.00**

Debtor 1  **David Michael Maresca**                                   Case number (if known)  **20-11483**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☑ No
    - ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☑ Yes. Describe..... **Clothing**                                      $1,000.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☑ Yes. Describe..... **Assortment of jewelry**                         $700.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    - ☑ No
    - ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    - ☐ No
    - ☑ Yes. Give specific information............  **See continuation page(s).**          $900.00

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here..................... → **$24,525.00**

## Part 4:  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    - ☐ No
    - ☑ Yes............................................................................ Cash: .................  **$1,500.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    - ☑ No
    - ☐ Yes............................  Institution name:

Debtor 1   **David Michael Maresca**　　　　　　　　　　　　　　　　　Case number (if known) __20-11483__

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☒ Yes. Give specific information about them..........................

| Name of entity: | % of ownership: | |
|---|---|---|
| Synergy Consulting | 100% | Unknown |
| Synergy Attorney Services | 100% | Unknown |
| Synergy Catering LLC | 100% | Unknown |
| Synergy Law LLC | 90% | Unknown |
| Themis Law PLLC | 90% | Unknown |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them.......................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☒ No
☐ Yes. List each account separately.   Type of account:   Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes............................ Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............................ Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes. Give specific information about them

Debtor 1  **David Michael Maresca**                                         Case number (if known) **20-11483**

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years..............

Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value.............   Company name:        Beneficiary:        Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

Official Form 106A/B                              Schedule A/B: Property                                          page 5

Debtor 1  **David Michael Maresca**                         Case number (if known) __20-11483__

**35. Any financial assets you did not already list**

- ☒ No
- ☐ Yes. Give specific information

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................. ➔ **$1,500.00**

---

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

- ☒ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

- ☒ No
- ☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

- ☒ No
- ☐ Yes. Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

- ☒ No
- ☐ Yes. Describe..

**41. Inventory**

- ☒ No
- ☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

- ☒ No
- ☐ Yes. Describe..... Name of entity:                                   % of ownership:

**43. Customer lists, mailing lists, or other compilations**

- ☒ No
- ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
   - ☐ No
   - ☐ Yes. Describe....

**44. Any business-related property you did not already list**

- ☒ No
- ☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here............................................................. ➔ **$0.00**

Debtor 1  **David Michael Maresca**   Case number (if known) **20-11483**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here......................................................... ➔  **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54.** Add the dollar value of all of your entries from Part 7. Write that number here............................................ ➔  **$0.00**

Debtor 1  **David Michael Maresca**   Case number (if known) __20-11483__

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**..................................................................................... ➔ __$988,668.00__

56. **Part 2: Total vehicles, line 5**  __$69,058.00__

57. **Part 3: Total personal and household items, line 15**  __$24,525.00__

58. **Part 4: Total financial assets, line 36**  __$1,500.00__

59. **Part 5: Total business-related property, line 45**  __$0.00__

60. **Part 6: Total farm- and fishing-related property, line 52**  __$0.00__

61. **Part 7: Total other property not listed, line 54**  + __$0.00__

62. **Total personal property.** Add lines 56 through 61.................. __$95,083.00__   Copy personal property total ➔ + __$95,083.00__

63. **Total of all property on Schedule A/B.** Add line 55 + line 62............................................................. __$1,083,751.00__

Official Form 106A/B   Schedule A/B: Property   page 8

Debtor 1  **David Michael Maresca**  Case number (if known) **20-11483**

**6.** **Household goods and furnishings (details):**

| | |
|---|---:|
| 3 piece sectional furniture | $400.00 |
| 6 piece modular seating 2 sets furniture | $250.00 |
| American Federal Eagle Bulls eye mirror | $25.00 |
| Antique wood Dresser w/ green marble | $200.00 |
| Billiard Rocking Chair (Darafeev) | $350.00 |
| Black tufted leather swivel chair | $100.00 |
| Buffet/china cabinet | $300.00 |
| Capri Chaise Lounge | $50.00 |
| Carved Cherry wood square table | $100.00 |
| Carved walnut & black leather chair | $100.00 |
| Carved wooden black leather bench | $450.00 |
| Chair | $50.00 |
| Chantal Bar stools (Mikhal Darafeev | $600.00 |
| Cloth sofa & matching love seat | $200.00 |
| Coffee table | $80.00 |
| Cordovan Leather Club Chair | $100.00 |
| Couch | $100.00 |
| Curved Book Case | $200.00 |
| End table | $30.00 |
| End tables | $50.00 |
| Glass Top Metal Dining Table w/ 5 chairs | $150.00 |
| Gold Colored Framed Mirror (2) | $100.00 |
| Grand Tuscany Bench | $100.00 |
| Grand wing Chair (2) | $150.00 |
| Handmade 100% wool Rug | $50.00 |
| Painted wood wine cabinet | $50.00 |
| Penn House Armoire | $400.00 |
| Penn House coffee table | $200.00 |
| Penn House Dresser | $300.00 |
| Penn House dresser with mirror | $300.00 |
| Penn House night stands (2) | $300.00 |
| Penn House post bed, soft mattress &steps | $1,100.00 |
| Hekman Executive Credenza w/ Hutch | $1,000.00 |
| Karastan Rug | $75.00 |

| Debtor 1 | David Michael Maresca | Case number (if known) | 20-11483 |
|---|---|---|---|

| | |
|---|---:|
| **Karastan Rug** | $75.00 |
| **Karastan Rug** | $75.00 |
| **Karastan Rug 69" x 110"** | $50.00 |
| **Kimball Piano** | $300.00 |
| **King Sleigh bed** | $1,200.00 |
| **Kitchen Island Swivel stools** | $25.00 |
| **Leather blanket trunk** | $170.00 |
| **Leather veneer storage world trunk** | $60.00 |
| **Mahogany Inlaid 7 drawer dresser** | $800.00 |
| **Mahogany Inlaid Armoire** | $1,000.00 |
| **Mahogany Inlaid night stands** | $200.00 |
| **Mahogany Inlaid sleigh bed brass claws** | $650.00 |
| **Massage Chair (Panasonic)** | $500.00 |
| **Ornate framed mirror** | $20.00 |
| **Ottoman (2)** | $200.00 |
| **Samsung Fridge** | $600.00 |
| **Signature Queen bed/headboard/frame** | $1,000.00 |
| **Small wine refrigerator glass door** | $50.00 |
| **solid Oak Dining table w/ 6 chairs & leaf** | $650.00 |
| **stone benches** | $50.00 |
| **Thomasville Coffee table - cherry** | $150.00 |
| **Thomasville wooden end tables** | $100.00 |
| **Tilt & Crank Outdoor Umbrellas** | $75.00 |
| **Tuscany Swivel bar stool** | $100.00 |
| **Tuscany Swivel chair (4)** | $200.00 |
| **TV cabinet** | $100.00 |
| **Wooden end tables** | $100.00 |
| **Wooden sconce w/Plates (2)** | $20.00 |

7. **Electronics (details):**

| | |
|---|---:|
| **Sharp 65" TV set** | $400.00 |
| **Sony 32" 1080 TV with mount & DVD** | $50.00 |
| **SunBrite outdoor TV w/cover** | $800.00 |
| **32" Samsung TV with stand** | $100.00 |
| **43" Sony HD TV w/ swivel mount** | $200.00 |

8. **Collectibles of value (details):**

| | |
|---|---:|
| **Memorabilia** | $650.00 |

Official Form 106A/B     Schedule A/B: Property     page 10

| Debtor 1 | **David Michael Maresca** | Case number (if known) | **20-11483** |
|---|---|---|---|

| | |
|---|---:|
| **Framed oil painting Moulin Rouge** | $25.00 |
| **Framed oil painting of Paris** | $25.00 |
| **Framed print of Middleburg** | $50.00 |
| **Gold colored framed papyrus** | $75.00 |
| **King Tut Egyptian Papyrus Framed** | $450.00 |
| **Old World Nova Totivs framed print** | $20.00 |
| **Tiffany stained glass framed & lighted** | $500.00 |

**9. Equipment for sports and hobbies (details):**

| | |
|---|---:|
| **F-85 Sole Treadmill** | $300.00 |
| **Lat Pull-down machine w/ other** | $100.00 |
| **PSE7 Elliptical w/ touch screen** | $400.00 |
| **Vintage Cast Iron York dumbbell Weights** | $500.00 |
| **Vintage Nautilus Leg Curl Machine** | $200.00 |
| **1st Degree Viking2 row machine** | $500.00 |
| **Assorted York Weigh Plates** | $50.00 |

**14. Any other personal and household items you did not already list (details):**

| | |
|---|---:|
| **Garden tools in tool shed** | $100.00 |
| **John Deer L130 23 HP 48" mower w/ bagger** | $300.00 |
| **Tools** | $500.00 |

**Fill in this information to identify your case:**

Debtor 1: **David** **Michael** **Maresca**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number (if known): **20-11483**

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   - 1a. Copy line 55, Total real estate, from Schedule A/B................................................ **$988,668.00**
   - 1b. Copy line 62, Total personal property, from Schedule A/B................................... **$95,083.00**
   - 1c. Copy line 63, Total of all property on Schedule A/B............................................ **$1,083,751.00**

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   - 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$768,928.30**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   - 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. **$2,205.51**
   - 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F.......................... + **$1,048,362.78**

   **Your total liabilities** **$1,819,496.59**

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I................................................. **$18,000.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J........................................................ **$15,289.78**

Debtor 1   **David Michael Maresca**                                      Case number (if known)  **20-11483**

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.               $0.00

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

   |  | Total claim |
   |---|---|
   | **From Part 4 on *Schedule E/F,* copy the following:** | |
   | 9a. Domestic support obligations. (Copy line 6a.) | $0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $2,205.51 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
   | 9d. Student loans. (Copy line 6f.) | $0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | $2,205.51 |

Official Form 106Sum         **Summary of Your Assets and Liabilities and Certain Statistical Information**         page 2

**Fill in this information to identify your case:**

Debtor 1 __David__   __Michael__   __Maresca__
           First Name  Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number  __20-11483__
(if known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X __/s/ David Michael Maresca__          X _____
David Michael Maresca, Debtor 1            Signature of Debtor 2

Date __09/05/2020__                        Date _____
     MM / DD / YYYY                             MM / DD / YYYY