**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

**In re:**

**David Michael Maresca**
**aka Dave Maresca**
**aka David Maresca,**

**Debtor.**

Case No.  20-11483-KHK

Chapter 11

## ORDER OF CONVERSION FROM CHAPTER 11 TO CHAPTER 7

A hearing having been held on January 26, 2021 on the United States Trustee Motion Case to Convert, and for the reasons stated on the record, it is hereby ORDERED that:

1. This case is converted to one under chapter 7 of title 11 of the United States Code;

2. The debtor in the chapter 11 case shall file with the Court a final report and account as required by Bankruptcy Rule 1019(5) and Local Rule 1017-1(D) within thirty (30) days of the entry of this order, with a copy to be mailed to the United States Trustee;

3. The debtor shall file with the Court within fifteen (15) days after the conversion of this case as applicable, either:

    (a) a schedule of unpaid debts incurred after the commencement of the original case, and a list of creditors in the format required by the Clerk's Office, or

    (b) a certification that no unpaid debts have been incurred since the commencement of this case.

4. The debtor shall file with the Court a Statement of Intention with respect to secured property, if required, within thirty (30) days of the entry of this order or before the first date set for the meeting of creditors in the converted case, whichever is earlier.

5. The debtor shall appear and testify, at the date and time set by the Clerk of this Court, at the section 341 meeting of creditors in the converted case.

It is further ORDERED that the automatic dismissal provisions of the local rules shall not apply to this converted case, and failure of the debtor to abide by terms of this Order may result in the issuance of an Order to Show Cause directed to the debtor and principals of the debtor.

The Clerk shall forward a copy of this order to the debtor, the attorney for the debtor, the chapter 11 trustee, if any, and the United States Trustee.

| | |
|---|---|
| Feb 2 2021 | /s/ Klinette H Kindred |
| DATE | KLINETTE H. KINDRED<br>BANKRUPTCY JUDGE |

Entered on Docket: February 2, 2021

I ask for this:

JOHN P. FITZGERALD, III
ACTING UNITED STATES TRUSTEE
    FOR REGION FOUR

By:    */s/ Michael T. Freeman*
    Michael T. Freeman
    Virginia State Bar No. 65460
    Assistant U.S. Trustee
    Office of the U.S. Trustee
    1725 Duke Street, Suite 650
    Alexandria, VA 22314
    Tel: (703) 557-7274
    Email: michael.t.freeman@usdoj.gov

cc:

Serve Electronically:

United States Trustee: ustpregion04.ax.ecf@usdoj.gov; michael.t.freeman@usdoj.gov

Steven H. Greenfeld, counsel for the Debtor @ steveng@cohenbaldinger.com

Serve by Mail:

|  | *Debtor* |
|---|---|
| David Michael Maresca | |
| 13159 Lakehill Dr. | All parties on mailing matrix |
| Nokesville, VA 20181-3329 | |