**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ Division

In re   David MIchael Maresca

Debtor(s)

Case No.   20-11483

Chapter   7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___  Involuntary/Voluntary Petition *[Specify reason for amendment:* _____*]*
     *Check if applicable:*  ___ Soc. Sec. No. amended. *[If applicable*: **An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on**_____.*]*
___  Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
___  Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
___  Schedule A/B - Property
X   Schedule C - The Property You Claim as Exempt
___  Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
___  Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
     ( *$32.00 fee required* if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)  <u>Check applicable statement(s)</u>:
         ___  **Creditor(s) added**          ___  **Creditor(s) deleted**
         ___  **Change in amounts owed or classification of debt**
         ___  **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
         ___  **Post-petition creditors added (Schedule of Unpaid Debts)**
     **REMINDER:  <u>Conversion of Chapter 13 to Chapter 7</u> – only file Schedule of Unpaid Debts.**
___  Schedule G - Executory Contracts and Unexpired Leases
___  Schedule H – Your Codebtors
___  Schedule I – Your Income
___  Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

___  Statement of Financial Affairs

___  Statement of Intention for Individuals Filing Under Chapter 7

___  Chapter 11 List of Equity Security Holders

___  Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders

___  Attorney's Disclosure of Compensation

___  Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: Chapter 7 Trustee and United States Trustee via ECF; attached creditor matrix via first class mail.

Date: _April 20, 2021_____

/s/ John D. Burns, Esq.
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:    Admitted Pro Hac Vice
Mailing Address:  6303 Ivy Lane, Suite 102, Greenbelt, MD 20770

[amendcs ver. 12/20]

Telephone No.:    301.441.8780

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DAVID MICHAEL MARESCA | ) | Case No.20-11483-khk |
| | ) | (Chapter 7) (converted from Chapter 11) |
| Debtor | ) | |
| | ) | |

## DEBTOR'S AMENDED SCHEDULE C

DAVID MICHAEL MARESCA (the Debtor"), by and through undersigned counsel, hereby files this Amended Schedule C, and hereby certifies a copy of the Amended Schedule C was served upon the Chapter 7 Trustee via ECF and upon the attached Creditors Matrix by first class mail this 20th day of April, 2021.

Respectfully Submitted,


/s/ John D. Burns_____
John D. Burns, Esquire (#22277)
The Burns Law Firm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, MD 20770
(301) 441-8780
*info@burnsbankruptcyfirm.com*
Pro Hac Vice Counsel for Debtor


RESPECTFULLY SUBMITTED,
---------/S/ Steven H. Greenfeld-------
_____
Steven H. Greenfeld, Esq. (#30332)
Cohen, Baldinger, and Greenfeld, LLC
2600 Tower Oaks Blvd., Suite 290
Rockville, Maryland 20852
 (301) 881-8300
*steveng@cohenbaldinger.com*
Counsel for the Debtor

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David Michael Maresca** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Eastern** District of **Virginia** | | |
| Case number | **20-11483** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **13159 Lakehill Dr., Nokesville, VA 20181-3329**<br>Line from *Schedule A/B*: **1.1** | $ 988,668.00 | ☒ $ 6,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description: **Antique wood Dresser w/ green marble**<br>Line from *Schedule A/B*: **6** | $ 200.00 | ☒ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Black tufted leather swivel chair**<br>Line from *Schedule A/B*: **6** | $ 100.00 | ☒ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |

3. Are you claiming a homestead exemption of more than $170,350?

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No
      ☐ Yes

Debtor 1 _____
           First Name    Middle Name    Last Name

Case number (if known) _____



**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Buffet/china cabinet**<br>Line from *Schedule A/B*: **6** | $ 300.00 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Carved Cherrywood square table**<br>Line from *Schedule A/B*: **6** | $ 100.00 | ☒ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: **Carved walnut & black leather chair**<br>Line from *Schedule A/B*: **6** | $ 100.00 | ☒ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Carved wooden black leather bench**<br>Line from *Schedule A/B*: **6** | $ 450.00 | ☒ $ 450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Chair**<br>Line from *Schedule A/B*: **6** | $ 50.00 | ☒ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Chantal Bar stools (Mikhal Darafeev)**<br>Line from *Schedule A/B*: **6** | $ 600.00 | ☒ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Coffee table**<br>Line from *Schedule A/B*: **6** | $ 80.00 | ☒ $ 80.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Cordovan Leather Club Chair**<br>Line from *Schedule A/B*: **6** | $ 100.00 | ☒ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **End table**<br>Line from *Schedule A/B*: **6** | $ 30.00 | ☒ $ 30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **End tables**<br>Line from *Schedule A/B*: **6** | $ 50.00 | ☒ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Grand Tuscany Bench**<br>Line from *Schedule A/B*: **6** | $ 100.00 | ☒ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Grand wing Chair (2)**<br>Line from *Schedule A/B*: **6** | $ 150.00 | ☒ $ 150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |

Debtor 1    **David Michael Maresca**

First Name        Middle Name        Last Name

Case number (if known)  **20-11483**

**Part 2:** **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Penn House Armoire**<br>Line from *Schedule A/B:* **6** | $ 400.00 | ☒ $ 400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Penn House Dresser**<br>Line from *Schedule A/B:* **6** | $ 300.00 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Penn House Coffee Table**<br>Line from *Schedule A/B:* **6** | $ 200.00 | ☒ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Penn House dresser with mirror**<br>Line from *Schedule A/B:* **6** | $ 300.00 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Penn House night stands (2)**<br>Line from *Schedule A/B:* **6** | $ 300.00 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Penn House post bed, soft mattress & steps**<br>Line from *Schedule A/B:* **6** | $ 1,100.00 | ☒ $ 1,075.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Hekman Executive Credenze w/ Hutch**<br>Line from *Schedule A/B:* **6** | $ 1,000.00 | ☒ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(7) |
| Brief description: **Ornate framed mirror**<br>Line from *Schedule A/B:* **6** | $ 20.00 | ☒ $ 15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **F-85 Sole Treadmill**<br>Line from *Schedule A/B:* **9** | $ 300.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **PSE7 Elliptical w/ touch Screen**<br>Line from *Schedule A/B:* **9** | $ 400.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Vintage Cast Iron York dumbbell Weights**<br>Line from *Schedule A/B:* **9** | $ 500.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description: **Vintage Nautilus Leg Curl Machine**<br>Line from *Schedule A/B:* **9** | $ 200.00 | ☐ $<br>☒ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |

Debtor 1    **David Michael Maresca**
First Name    Middle Name    Last Name

Case number (if known)    **20-11483**

---

**Part 2:**    **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Clothing** <br> Line from *Schedule A/B:* **11** | $ **1,000.00** | ☒ $ **1,000.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4)** |
| Brief description: **Assortment of jewelry** <br> Line from *Schedule A/B:* **12** | $ **700.00** | ☐ $ _____ <br> ☒ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4)** |
| Brief description: _____ <br> Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____ <br> Line from *Schedule A/B:* ____ | $ _____ | ☐ $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | _____ |

*Dmm*

Fill in this information to identify your case:

| Debtor 1 | David Michael Maresca | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number (If known)  20-11483

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the Amended Schedule C filed with this declaration and that it is true and correct.

✗ /s/ David Michael Maresca
Signature of Debtor 1

✗
Signature of Debtor 2

Date 04/17/2021
MM / DD / YYYY

Date 04/17/2021
MM / DD / YYYY

**20-11483-KHK** David Michael Maresca
**Case type:** bk **Chapter:** 7 **Asset:** Yes **Vol:** v **Judge:** Klinette H. Kindred
**Date filed:** 06/19/2020 **Date of last filing:** 04/06/2021

# Creditors

**1stprogress/1stequity/**
PO Box 84010
Columbus, GA 31908-4010

(15391893)
(cr)

**Accelerated Inventory Mgt, LLC**
Bass & Associates, P.C.
3936 E. Ft. Lowell Road
Tucson, AZ 85712

(15473798)
(cr)

**Bank of America**
PO Box 982238
El Paso, TX 79998-2238

(15391894)
(cr)

**Bank of America**
4909 Savarese Cir
Tampa, FL 33634-2413

(15391895)
(cr)

**Belinda Bradfield-Fosburgh**
657 Colony Ct
Clifton, CO 81520-7677

(15391896)
(cr)

**Brian McCarty**
c/o Bud Stephen Tayman, P.A.
13017 Wisteria Drive
Public Mail Box 325
Germantown, MD 20874

(15391897)
(cr)

**Bureaus Investment Group Portfolio No 15 LLC**
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541

(15492227)
(cr)

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

(15391898)
(cr)

**Capital One Auto Finance, a division of**
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS

(15395730)
(cr)

Oklahoma City, OK 73118

**Capital One Bank USA N**
PO Box 30281
Salt Lake City, UT 84130-0281

(15391899)
(cr)

**Ccs/First Savings Bank**
500 E 60th St N
Sioux Falls, SD 57104-0478

(15391900)
(cr)

**Chase Card Services**
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

(15391901)
(cr)

**Christina V. Martinez**
922 Perch Ave
Edinburg, TX 78542-5189

(15391902)
(cr)

**Citadel Servicing Corporation**
15707 Rockfield Blvd Ste 320
Irvine, CA 92618-2874

(15391903)
(cr)

**Citibank**
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
Saint Louis, MO 63179-0034

(15391904)
(cr)

**Citicards Cbna**
PO Box 6217
Sioux Falls, SD 57117-6217

(15391905)
(cr)

**Continental Finance Company**
Attn: Bankruptcy
PO Box 8099
Newark, DE 19714-8099

(15391906)
(cr)

**County of Loudoun**
Steven F. Jackson (VSB #37678)
Assistant County Attorney
One Harrison Street, S.E., 5th Floor
P.O. Box 7000
Leesburg, Virginia 20177-7000

(15433979)
(cr)

**CVI SGP-CO Acquisition Trust**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(15433345)
(cr)

**Daimler Trust**

(15391907)

Daimler Trust c/o BK Servicing, LLC                    (cr)
PO Box 131265
Roseville, MN 55113-0011

**Desert Palace LLC**
c/o Lippman Recupero                                   (15481070)
PO Box 13928                                           (cr)
Tucson AZ 85732

**First Nataional Bank/Legacy**
Attn: Bankruptcy                                       (15391909)
PO Box 5097                                            (cr)
Sioux Falls, SD 57117-5097

**First Premier Bank**
Attn: Bankruptcy                                       (15391910)
PO Box 5524                                            (cr)
Sioux Falls, SD 57117-5524

**First Premier Bank**
3820 N Louise Ave                                      (15391911)
Sioux Falls, SD 57107-0145                             (cr)

**First Progress**
Attn: Bankruptcy                                       (15391912)
PO Box 9053                                            (cr)
Johnson City, TN 37615-9053

**First Savings Bank**
Attn: Bankruptcy                                       (15391913)
PO Box 5019                                            (cr)
Sioux Falls, SD 57117-5019

**First Savings Bank/Blaze**
Attn: Bankruptcy                                       (15391914)
PO Box 5096                                            (cr)
Sioux Falls, SD 57117-5096

**Fncc**
500 E 60th St N                                        (15391915)
Sioux Falls, SD 57104-0478                             (cr)

**Fsb Blaze**
500 E 60th St N                                        (15391916)
Sioux Falls, SD 57104-0478                             (cr)

**Genesis Financial/Jared**
Genesis FS Card Services                               (15391917)
PO Box 4477                                            (cr)

Beaverton, OR 97076-4401

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

(15391908)
(cr)

**Jared-Galleria/Genesis**
PO Box 4485
Beaverton, OR 97076-4485

(15391918)
(cr)

**John W Bruce**
John W. Bruce Lefkovitz & Lefkovitz, PL
618 Church St Ste 410
Nashville, TN 37219-2452

(15391919)
(cr)

**Jpmcb Card**
PO Box 30281
Salt Lake City, UT 84130-0281

(15391921)
(cr)

**Jpmcb Card**
PO Box 15369
Wilmington, DE 19850-5369

(15391920)
(cr)

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

(15413817)
(cr)

**JPMorgan Chase Bank, N.A.**
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

(15413818)
(cr)

**Lawanda Michelle Harris**
1520 Chillum Rd #4
Hyattsville, MD 20782

(15391922)
(cr)

**Legal Aid Bureau, Inc.**
c/o Bud Stephen Tayman, P.A.
13017 Wisteria Drive
Public Mail Box 325
Germantown, MD 20874

(15471458)
(cr)

**Linda Haynes**
Latonia Haynes c/o Robin R. De Leo
800 Ramon St
Mandeville, LA 70448-5035

(15391923)
(cr)

**Marc E. Albert**
Ch 7 Trustee for Est of Synergy Law LLC
Stinson LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006

(15494622)
(cr)

**Maryland Legal Aid Bureau**
500 E Lexington St
Baltimore, MD 21202-3559

(15391924)
(cr)

**McMichael, Taylor, Gray, LLC**
3550 Engineering Dr Ste 260
Peachtree Corners, GA 30092-2871

(15391925)
(cr)

**Mercedes-Benz Financial Services**
Attn: Bankruptcy
PO Box 685
Roanoke, TX 76262-0685

(15391926)
(cr)

**Nathan Decarlos Price**
16973 Takeaway Ln
Dumfries, VA 22026-3028

(15391927)
(cr)

**Office of the United States Trustee**
1725 Duke St Ste 650
Alexandria, VA 22314-3489

(15391938)
(cr)

**Onemain**
PO Box 1010
Evansville, IN 47706-1010

(15391928)
(cr)

**Onemain Financial**
Attn: Bankruptcy
PO Box 3251
Evansville, IN 47731-3251

(15391929)
(cr)

**Premier Bankcard, Llc**
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

(15402885)
(cr)

**Raymond and Ella Walters**
6718 Whittier Ave Ste 200
McLean, VA 22101-4531

(15391930)
(cr)

**Scott & Shirley Sherwood**
159 Lumley Ave
Jackson, MI 49203-2413

(15391931)
(cr)

**Smart Business**

(15391932)

17 State St Ste 4000                                    (cr)
New York, NY 10004-1508

**Sonya Baugham-Jackson**                              (15391933)
15828 Piller Lane
Bowie, MD 20716                                        (cr)

**Syncb/amazon**                                       (15391934)
PO Box 965015
Orlando, FL 32896-5015                                 (cr)

**Synchrony Bank**                                     (15489511)
c/o PRA Receivables Management, LLC
PO Box 41021                                           (cr)
Norfolk VA 23541

**Synchrony Bank/Amazon**                              (15391935)
Attn: Bankruptcy
PO Box 965060                                          (cr)
Orlando, FL 32896-5060

**Tbom/contfin**                                       (15391936)
PO Box 8099
Newark, DE 19714-8099                                  (cr)

**The Bureaus Inc**                                    (15391937)
650 Dundee Rd
Northbrook, IL 60062-2747                              (cr)

**US Bankruptcy Court Eastern NC**                     (15391939)
434 Fayetteville St Ste 640
Raleigh, NC 27601-1888                                 (cr)

**US Bankruptcy District of South Carolina**           (15391940)
Clerk of Court
1100 Laurel St                                         (cr)
Columbia, SC 29201-2802

**Uscb America**                                       (15391941)
355 S Grand Ave Ste 3200
Los Angeles, CA 90071-1591                             (cr)

**Verizon**                                            (15441974)
by American InfoSource as agent
4515 N Santa Fe Ave                                    (cr)
Oklahoma City, OK 73118

**Wilmington Trust National Association**              (15407684)
Keith Yacko
MCMICHAEL TAYLOR GRAY, LLC                             (cr)

3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092

**Wilmington Trust, NA, not in its individual**
c/o Citadel Servicing Corporation                    (15426373)
15707 Rockfield Blvd., Suite 320                      (cr)
Irvine, CA 92618

**WINDY HILL HOMEOWNERS ASSOCIATION, INC.**
CHADWICK WASHINGTON, et al.
3201 Jermantown Rd.                                  (15483497)
Suite 600                                            (cr)
Fairfax, VA 22030