**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 20-11483-KHK |
| | § | |
| DAVID MICHAEL MARESCA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

H. Jason Gold, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $77,553.00 | Assets Exempt: | $5,600.00 |
| Total Distributions to Claimants: | $804,340.10 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $120,659.90 | | |

3)   Total gross receipts of $925,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $925,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $768,928.30 | $775,304.51 | $804,340.10 | $804,340.10 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $198,371.81 | $198,371.81 | $120,659.90 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $34,141.24 | $21,945.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $2,205.51 | $66,846.91 | $66,846.91 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,048,362.78 | $624,501.59 | $588,865.96 | $0.00 |
| **Total Disbursements** | $1,819,496.59 | $1,699,567.76 | $1,680,771.48 | $925,000.00 |

4). This case was originally filed under chapter 11 on 06/19/2020. The case was converted to one under Chapter 7 on 02/02/2021. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/23/2022     By: /s/ H. Jason Gold
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 13159 Lakehill Drive Nokesville VA 20181 | 1110-000 | $921,000.00 |
| RL Title and Escrow, Inc. | 1110-000 | ($1,000.00) |
| Household goods and furnishings | 1129-000 | $200.00 |
| Synergy Attorney Services 100% | 1129-000 | $200.00 |
| Synergy Catering LLC 100% | 1129-000 | $200.00 |
| Synergy Consulting 100% | 1129-000 | $200.00 |
| Synergy Law LLC 90% | 1129-000 | $200.00 |
| Themis Law PLLC 90% | 1129-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$925,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Wilmington Trust, NA, not in its individual | 4110-000 | $647,500.00 | $686,578.57 | $717,089.18 | $717,089.18 |
| 7 | CVI SGP-CO Acquisition Trust c/o Resurgent Capital Services | 4210-000 | $0.00 | $2,983.47 | $0.00 | $0.00 |
| 30 | Windy Hill Estate Homeowners Association Inc. | 4110-000 | $0.00 | $1,000.00 | $2,508.45 | $2,508.45 |
| | Credit for Assessments | 4110-000 | $0.00 | ($257.53) | ($257.53) | ($257.53) |
| | DAIMLER TRUST | 4210-000 | $121,428.30 | $0.00 | $0.00 | $0.00 |
| USA | UNITED STATES OF AMERICA | 4120-000 | $0.00 | $85,000.00 | $85,000.00 | $85,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$768,928.30** | **$775,304.51** | **$804,340.10** | **$804,340.10** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| H. JASON GOLD, Trustee | 2100-000 | NA | $49,250.00 | $49,250.00 | $49,250.00 |
| Real Markets; Exp | 2420-000 | NA | $1,055.59 | $1,055.59 | $1,055.59 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Reimbursement | | | | | |
| Grantor Tax | 2500-000 | NA | $921.00 | $921.00 | $921.00 |
| HOA Package | 2500-000 | NA | $15.00 | $15.00 | $15.00 |
| Regional Congestion Fee | 2500-000 | NA | $1,900.00 | $1,900.00 | $1,900.00 |
| Independent Bank | 2600-000 | NA | $113.89 | $113.89 | $113.89 |
| County Taxes | 2820-000 | NA | $2,567.21 | $2,567.21 | $2,567.21 |
| Nelson Mullins: Approved Fees (Partial Payment), Attorney for Trustee | 3210-000 | NA | $91,452.00 | $91,452.00 | $13,740.09 |
| Nelson Mullins: expenses, Attorney for Trustee | 3220-000 | NA | $442.12 | $442.12 | $442.12 |
| Realtor Commissions; order of empl 3/19/2021 ECF143, Realtor for Trustee | 3510-000 | NA | $50,655.00 | $50,655.00 | $50,655.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $198,371.81 | $198,371.81 | $120,659.90 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN BALDINGER & GREENFELD LLC | 6210-160 | NA | $33,945.00 | $21,945.00 | $0.00 |
| COHEN BALDINGER & GREENFELD LLC | 6220-170 | NA | $196.24 | $0.00 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $34,141.24 | $21,945.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4a | Internal Revenue Service | 5800-000 | $2,205.51 | $63,821.91 | $63,821.91 | $0.00 |
| 26a | Raymond and Ella Walters | 5600-000 | $0.00 | $3,025.00 | $3,025.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,205.51 | $66,846.91 | $66,846.91 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Onemain Financial Attn: Bankruptcy | 7100-000 | $0.00 | $18,993.11 | $0.00 | $0.00 |
| 2 | Premier Bankcard, Llc Jefferson Capital Systems LLC Assignee | 7100-000 | $1,143.00 | $1,143.35 | $1,143.35 | $0.00 |
| 3 | Premier Bankcard, Llc Jefferson Capital Systems LLC Assignee | 7100-000 | $300.00 | $300.84 | $300.84 | $0.00 |
| 4b | Internal Revenue Service | 7100-000 | $0.00 | $33,343.11 | $33,343.11 | $0.00 |
| 5 | JPMorgan Chase Bank, N.A. | 7100-000 | $17,630.00 | $17,630.49 | $17,630.49 | $0.00 |
| 8 | Verizon | 7100-000 | $0.00 | $447.98 | $447.98 | $0.00 |
| 9 | Sonya Baugham-Jackson | 7100-000 | $0.00 | $1,250.00 | $1,250.00 | $0.00 |
| 10 | Accelerated Inventory Mgt, LLC | 7100-000 | $0.00 | $15,424.25 | $15,424.25 | $0.00 |
| 11 | Accelerated Inventory Mgt, LLC | 7100-000 | $0.00 | $4,032.01 | $4,032.01 | $0.00 |
| 12 | Desert Palace LLC c/o Lippman Recupero | 7100-000 | $0.00 | $13,000.00 | $13,000.00 | $0.00 |
| 13 | WINDY HILL HOMEOWNERS ASSOCIATION, INC. | 7100-000 | $0.00 | $1,000.00 | $0.00 | $0.00 |
| 14 | Synchrony Bank c/o PRA Receivables Management, LLC | 7100-000 | $0.00 | $1,336.52 | $1,336.52 | $0.00 |
| 15 | Bureaus Investment Group Portfolio No 15 LLC c/o PRA Receivables Management, LLC | 7100-000 | $1,458.00 | $1,458.26 | $1,458.26 | $0.00 |
| 16 | Marc E. Albert, Trustee in Synergy Law LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Brian McCarty | 7100-000 | $15,320.00 | $15,642.52 | $0.00 | $0.00 |
| 18 | Legal Aid Bureau, Inc. | 7100-000 | $5,035.00 | $5,138.50 | $5,138.50 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Daimler Trust Daimler Trust c/o BK Servicing, LLC | 7100-000 | $0.00 | $62,195.68 | $62,195.68 | $0.00 |
| 20 | Office of the United States Trustee | 7100-000 | $220,500.00 | $106,000.00 | $106,000.00 | $0.00 |
| 21 | Onemain Financial Attn: Bankruptcy | 7100-000 | $15,653.00 | $18,993.11 | $18,993.11 | $0.00 |
| 22 | John W Bruce | 7100-000 | $24,120.00 | $29,360.00 | $29,360.00 | $0.00 |
| 23 | Lawanda Michelle Harris | 7100-000 | $7,774.92 | $7,774.92 | $7,774.92 | $0.00 |
| 25 | Belinda Bradfield-Fosburgh | 7100-000 | $7,000.00 | $7,000.00 | $7,000.00 | $0.00 |
| 26b | Raymond and Ella Walters | 7100-000 | $112,100.00 | $109,075.00 | $109,075.00 | $0.00 |
| 27 | Marc E. Albert, Trustee in Synergy Law LLC | 7100-000 | $0.00 | $151,457.69 | $151,457.69 | $0.00 |
| 28 | Barbara Penttila, Esq. | 7200-000 | $0.00 | $1.00 | $1.00 | $0.00 |
| 29 | Klarna, Inc. | 7200-000 | $0.00 | $2,503.25 | $2,503.25 | $0.00 |
| | BANK OF AMERICA | 7100-000 | $151.00 | $0.00 | $0.00 | $0.00 |
| | CAPITAL ONE | 7100-000 | $634.00 | $0.00 | $0.00 | $0.00 |
| | CHASE CARD SERVICES | 7100-000 | $6,011.00 | $0.00 | $0.00 | $0.00 |
| | CHRISTINA V MARTINEZ | 7100-000 | $22,572.26 | $0.00 | $0.00 | $0.00 |
| | CITIBANK | 7100-000 | $1,987.00 | $0.00 | $0.00 | $0.00 |
| | CONTINENTAL FINANCE COMPANY | 7100-000 | $211.00 | $0.00 | $0.00 | $0.00 |
| | FIRST NATL BANK/LEGACY | 7100-000 | $1,132.00 | $0.00 | $0.00 | $0.00 |
| | FIRST PROGRESS | 7100-000 | $159.00 | $0.00 | $0.00 | $0.00 |
| | FIRST SAVINGS BANK | 7100-000 | $1,751.00 | $0.00 | $0.00 | $0.00 |
| | GENESIS FINANCIAL/JARED | 7100-000 | $2,983.00 | $0.00 | $0.00 | $0.00 |
| | LATONIA HAYNES | 7100-000 | $118,080.00 | $0.00 | $0.00 | $0.00 |
| | NATHAN DECARLOS PRICE | 7100-000 | $71,500.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| SCOTT & SHIRLEY SHERWOOD | 7100-000 | $24,000.00 | $0.00 | $0.00 | $0.00 |
| SMART BUSINESS | 7100-000 | $343,657.60 | $0.00 | $0.00 | $0.00 |
| U.S. BANKRUPTCY COURT ED NC | 7100-000 | $17,500.00 | $0.00 | $0.00 | $0.00 |
| US BANKRUPTCY COURT CLERK | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| US BANKRUPTCY COURT CLERK | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $1,048,362.78 | $624,501.59 | $588,865.96 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 20-11483-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | MARESCA, DAVID MICHAEL | Date Filed (f) or Converted (c): | 02/02/2021 (c) |
| For the Period Ending: | 5/23/2022 | §341(a) Meeting Date: | 03/08/2021 |
| | | Claims Bar Date: | 05/10/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 13159 Lakehill Drive Nokesville VA 20181 | $988,668.00 | $273,500.00 | | $921,000.00 | FA |
| Asset Notes: | homestead exemption waived/released in its entirety per 7/20/21 order ECF216 | | | | | |
| 2 | 2018 Mercedes-Benz S560 4matic | $69,058.00 | $0.00 | | $0.00 | FA |
| 3 | Household goods and furnishings | $16,530.00 | $200.00 | | $200.00 | FA |
| Asset Notes: | Value is inclusive of items on continuation page.  no exemption in Samsung fridge or another major appliances per order entd 7/20/21 ECF216 | | | | | |
| 4 | Electronics | $1,550.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Value is inclusive of items on continuation page. | | | | | |
| 5 | Collectibles of value | $1,795.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Value is inclusive of items on continuation page. | | | | | |
| 6 | Equipment for sports and hobbies | $2,050.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Value is inclusive of items on continuation page. | | | | | |
| 7 | Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | Assortment of jewelry | $700.00 | $0.00 | | $0.00 | FA |
| 9 | Any other personal and household items you did not already list, including any health aids you did not list | $900.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | value is inclusive of items on continuation page | | | | | |
| 10 | Cash | $1,500.00 | $0.00 | | $0.00 | FA |
| 11 | Synergy Consulting 100% | Unknown | $200.00 | | $200.00 | FA |
| 12 | Synergy Attorney Services 100% | Unknown | $200.00 | | $200.00 | FA |
| 13 | Synergy Catering LLC 100% | Unknown | $200.00 | | $200.00 | FA |
| 14 | Synergy Law LLC 90% | Unknown | $200.00 | | $200.00 | FA |
| 15 | Themis Law PLLC 90% | Unknown | $4,000.00 | | $4,000.00 | FA |
| 16 | Payroll compensation. Debtor hasn't received a paycheck since February 2019.  Originally scheduled on ECF 13 at $276,000, but asset and value removed per amended SchB ECF29 and ECF44 | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 20-11483-KHK | | Trustee Name: | H. Jason Gold |
|---|---|---|---|---|
| Case Name: | MARESCA, DAVID MICHAEL | | Date Filed (f) or Converted (c): | 02/02/2021 (c) |
| For the Period Ending: | 5/23/2022 | | §341(a) Meeting Date: | 03/08/2021 |
| | | | Claims Bar Date: | 05/10/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $1,083,751.00 | $278,500.00 | | $926,000.00 | $0.00 |

**Major Activities affecting case closing:**

09/29/2021   closing complete; pending claims review, etc.
09/09/2021   completing sale of property - waiting for closing pending ct approval

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2022 | **Current Projected Date Of Final Report (TFR):** | 03/10/2022 | /s/ H. JASON GOLD |
| | | | | H. JASON GOLD |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-11483-KHK | | Trustee Name: | H. Jason Gold |
|---|---|---|---|---|
| Case Name: | MARESCA, DAVID MICHAEL | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4831 | | Checking Acct #: | ******1483 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 6/19/2020 | | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 5/23/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2021 | | Bank of America | From David Maresca, for Settlement regarding non-exempt Personal Property per 7/20/21 order ECF216 | * | $5,000.00 | | $5,000.00 |
| | {15} | | Themis Law interest $4,000.00 | 1129-000 | | | $5,000.00 |
| | {3} | | non-exempt pers prop $200.00 | 1129-000 | | | $5,000.00 |
| | {11} | | Synergy Consulting interest $200.00 | 1129-000 | | | $5,000.00 |
| | {12} | | Synergy Atty Svcs interest $200.00 | 1129-000 | | | $5,000.00 |
| | {13} | | Synergy Catering interest $200.00 | 1129-000 | | | $5,000.00 |
| | {14} | | Synergy Law interest $200.00 | 1129-000 | | | $5,000.00 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $3.77 | $4,996.23 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $7.28 | $4,988.95 |
| 09/29/2021 | | RL Title and Escrow, Inc. | Sale of Real Estate per 9/9/21 order ECF254 | * | $58,546.10 | | $63,535.05 |
| | {1} | | gross Sale Price $921,000.00 | 1110-000 | | | $63,535.05 |
| | | | Seller Credit $(1,000.00) | 1110-000 | | | $63,535.05 |
| | | | Credit for Assessments $257.53 | 4110-000 | | | $63,535.05 |
| | | | County Taxes $(2,567.21) | 2820-000 | | | $63,535.05 |
| | | | Realtor Commissions; order of empl 3/19/2021 ECF143 $(50,655.00) | 3510-000 | | | $63,535.05 |
| | | | Grantor Tax $(921.00) | 2500-000 | | | $63,535.05 |
| | | | Regional Congestion Fee $(1,900.00) | 2500-000 | | | $63,535.05 |
| | | | USA: Court Ordered Civil Forfeiture; ECF255 $(85,000.00) | 4120-000 | | | $63,535.05 |
| | | | Real Markets; Exp Reimbursement $(1,055.59) | 2420-000 | | | $63,535.05 |
| | | | HOA Dues $(2,508.45) | 4110-000 | | | $63,535.05 |
| | | | HOA Package $(15.00) | 2500-000 | | | $63,535.05 |
| | | | Payoff 1st Mortgage $(717,089.18) | 4110-000 | | | $63,535.05 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $10.21 | $63,524.84 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $92.63 | $63,432.21 |
| 11/12/2021 | 1001 | H. JASON GOLD | trustee's interim fees per Order entered 11/8/2021 ECF274 | 2100-000 | | $49,250.00 | $14,182.21 |

| | | | SUBTOTALS | $63,546.10 | $49,363.89 |

FORM 2

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-11483-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | MARESCA, DAVID MICHAEL | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4831 | Checking Acct #: | ******1483 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 6/19/2020 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 5/23/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/12/2021 | 1002 | Nelson Mullins Riley & Scarborough LLP | atty fees and expenses per Order entered 11/8/2021; ECF273 | * | | $14,182.21 | $0.00 |
| | | | Nelson Mullins: expenses    $(442.12) | 3220-000 | | | $0.00 |
| | | | Nelson Mullins: Approved Fees (Partial Payment)    $(13,740.09) | 3210-000 | | | $0.00 |

|  |  | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| | TOTALS: | $63,546.10 | $63,546.10 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | Subtotal | $63,546.10 | $63,546.10 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $63,546.10 | $63,546.10 | |

| For the period of 6/19/2020 to 5/23/2022 | | For the entire history of the account between 07/15/2021 to 5/23/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $925,000.00 | Total Compensable Receipts: | $925,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $925,000.00 | Total Comp/Non Comp Receipts: | $925,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $925,000.00 | Total Compensable Disbursements: | $925,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $925,000.00 | Total Comp/Non Comp Disbursements: | $925,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-11483-KHK | |
| **Case Name:** | MARESCA, DAVID MICHAEL | |
| **Primary Taxpayer ID #:** | **-***4831 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/19/2020 | |
| **For Period Ending:** | 5/23/2022 | |

| | |
|---|---|
| **Trustee Name:** | H. Jason Gold |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0011 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $3,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | **Subtotal** | | $0.00 | $0.00 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $0.00 | $0.00 | |

**For the period of 6/19/2020 to 5/23/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/26/2022 to 5/23/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 4    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 20-11483-KHK | Trustee Name: | H. Jason Gold |
|---|---|---|---|
| Case Name: | MARESCA, DAVID MICHAEL | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4831 | Checking Acct #: | ******0011 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/19/2020 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 5/23/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $63,546.10 | $63,546.10 | $0.00 |

| For the period of 6/19/2020 to 5/23/2022 | | For the entire history of the case between 02/02/2021 to 5/23/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $925,000.00 | Total Compensable Receipts: | $925,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $925,000.00 | Total Comp/Non Comp Receipts: | $925,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $925,000.00 | Total Compensable Disbursements: | $925,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $925,000.00 | Total Comp/Non Comp Disbursements: | $925,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ H. JASON GOLD

H. JASON GOLD